DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

FILED

JUL - 9 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
IRMA P. HATHAWAY

Chapter 13
Case No. 05-3-0089 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 DEBTOR REFUNDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed debtor refunds in the amount of $.75 as follows:

Name and Address of Claimant
CLERK OF THE COURT FOR
IRMA P. HATHAWAY
167 MIRIAM STREET
DALY CITY, CA 94014

Unclaimed Refund

$.75

Dated:   July 7, 2010

_____
CECILIA MARCELO
Receipts Administrator